# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGAIL FEIST | : CIVIL ACTION |
| | : |
| v. | : NO. 21-2015 |
| | : |
| ARCADIA RECOVERY BUREAU, LLC | : |

## O R D E R

**AND NOW,** this 19th day of September, 2022, upon review of Plaintiff's Complaint, as well as Defendant's Motion for Judgment on the Pleadings and all replies and notices of supplemental authority, and after argument being held, it is hereby **ORDERED** as follows:

1. Plaintiff's Complaint is **DISMISSED**;

2. Defendant's Motion for Judgment on the Pleadings is **DENIED** as moot; and

3. The Clerk shall **CLOSE** this case.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L Schmehl, J.